**2008-0429.   State v. Sanchez.**

Greene App. No. 06–CA–154, 2007-Ohio-6697. This cause is pending before the court on the certification of a conflict by the Court of Appeals for Greene County. Upon consideration of appellee's motion to dismiss the cause as having been improvidently certified and the motion of amicus curiae Ohio Public Defender to participate in oral argument,

It is ordered by the court that the motion to dismiss is granted and the motion to participate in oral argument is denied as moot. Accordingly, this cause is dismissed.

MOYER, C.J., and LUNDBERG STRATTON, O'CONNOR, O'DONNELL, and LANZINGER, JJ., concur.

PFEIFER, J., dissents.

CUPP, J., would defer ruling on the motion to dismiss until after oral argument.

## MOTION AND PROCEDURAL RULINGS

**2008-0443.   Colonial Village Ltd. v. Washington Cty. Bd. of Revision.**

Board of Tax Appeals, No. 2004–A–574. This cause is pending before the court as an appeal from the Board of Tax Appeals. Upon consideration of the joint motion to consolidate this cause with 2008–0559, *Colonial Village Ltd. v. Washington Cty. Bd. of Revision*, 2008–0560, *Colonial Terrace Apts. v. Washington Cty. Bd. of Revision*, and 2008–0561, *Colonial Terrace Apts. II v. Washington Cty. Bd. of Revision*,

It is ordered by the court that the motion is granted.

It is further ordered by the court that the parties shall combine the briefing of 2008–0443, 2008–0559, 2008–0560, and 2008–0561 and file one brief for each permitted under S.Ct.Prac.R. VI. The parties shall file an original of the brief in each case and 18 copies of the brief, and the parties shall otherwise comply with the requirements of S.Ct.Prac.R. VI.

**2008-0559.   Colonial Village Ltd. v. Washington Cty. Bd. of Revision.**

Board of Tax Appeals, No. 2005–A–987. This cause is pending before the court as an appeal from the Board of Tax Appeals. Upon consideration of the joint motion to consolidate this cause with 2008–0443, *Colonial Village Ltd. v. Washington Cty. Bd. of Revision*, 2008–0560, *Colonial Terrace Apts. v. Washington Cty. Bd. of Revision*, and 2008–0561, *Colonial Terrace Apts. II v. Washington Cty. Bd. of Revision*,

It is ordered by the court that the motion is granted.

It is further ordered by the court that the parties shall combine the briefing of 2008–0443, 2008–0559, 2008–0560, and 2008–0561 and file one brief for each permitted under S.Ct.Prac.R. VI. The parties shall file an original of the brief in each case and 18 copies of the brief, and the parties shall otherwise comply with the requirements of S.Ct.Prac.R. VI.

**2008-0560.   Colonial Terrace Apts. v. Washington Cty. Bd. of Revision.**

Board of Tax Appeals, No. 2005–A–993. This cause is pending before the court as an appeal from the Board of Tax Appeals. Upon consideration of the joint motion to consolidate this cause with 2008–0443, *Colonial Village Ltd. v. Washington Cty. Bd. of Revision*, 2008–0559, *Colonial Village Ltd. v. Washington Cty. Bd. of Revision*, and 2008–0561, *Colonial Terrace Apts. II v. Washington Cty. Bd. of Revision*,

It is ordered by the court that the motion is granted.

It is further ordered by the court that the parties shall combine the briefing of 2008–0443, 2008–0559, 2008–0560, and 2008–0561 and file one brief for each permitted under S.Ct.Prac.R. VI. The parties shall file an original of the brief in each case and 18 copies of the brief, and the parties shall otherwise comply with the requirements of S.Ct.Prac.R. VI.